Certificate Number: 01401-PAE-DE-035576990

Bankruptcy Case Number: 17-16461



01401-PAE-DE-035576990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2021</u>, at <u>10:10</u> o'clock <u>AM EDT</u>, <u>Linda A Romano</u> completed a course on personal financial management given <u>by telephone</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 16, 2021</u>          By:     <u>/s/Jeremy Lark for Catherine Venadam</u>

                                 Name:   <u>Catherine Venadam</u>

                                 Title:  <u>Credit Counselor</u>