United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda A. Romano  
    Debtor

Case No. 17-16461-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 16, 2021     Form ID: 138NEW     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda A. Romano, 2826 S. 16th Street, Philadelphia, PA 19145-4811 |
| cr | + | Hunt Club Condominium Association, 100 Longbow Circle, Sewell, NJ 08080-2523 |
| cr | + | NATIONSTAR MORTGAGE LLC, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 13987417 | + | AT & T, c/o ERC, P.O. BOX 1259, Dept. 98696, Attn: Bankruptcy Dept., Oaks, PA 19456-1259 |
| 13987420 | + | Garnishment Processing, P7-PFSC-02-H, 500 First Ave., Attn: Bankruptcy Dept., Pittsburgh, PA 15219-3128 |
| 13987421 | + | George C. Greatrex, Jr., Esquire, Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 13989691 | + | Hunt Club Condominium Association, c/o George C. Greatrex, Jr., Esquire, SHIVERS, GOSNAY & GREATREX, LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 13987422 | + | Hunt Club Condominium Association, Inc., 100 Longbow Circle, Attn: Bankruptcy Dept., Sewell, NJ 08080-2523 |
| 13987424 | + | Lana Sukhman, Esquire, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14032787 | + | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 13987426 | + | Nationstar Mortgage, LLC, 8950 Cypresss Waters Blvd., Attn: Bankruptcy Dept., Coppell, TX 75019-4620 |
| 14566036 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14563773 | | PNC Bank, National Association, c/o Sarah E. Barngrover, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13987416 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally, P.O. BOX 380902, Attn: Bankruptcy Dept., Minneapolis, MN 55438-0902 |
| 14001559 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13987418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Citi Diamond Preferred Card, P.O. BOX 6500, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6500 |
| 13987419 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank/Dress Barn, P.O. BOX 659704, Attn: Bankruptcy Dept., San Antonio, TX 78265-9704 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13987425 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:32 | Macy's, P.O. BOX 8058, Attn: Bankruptcy Dept., Mason, OH 45040-8058 |
| 14030638 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13987423 | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | J.C. Penney, P.O. BOX 960090, Attn: Bankruptcy Dept., Orlando, FL 32896-0001 |
| 13987427 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 16 2021 23:32:00 | New Jersey E-Z Pass, c/o RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14042866 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14036629 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 13987428 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Ave., Attn: Bankruptcy Dept., Pittsburgh, PA 15222 |
| 14002868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13988150 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14043911 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:25 | PYOD, LLC its successors and assigns as assignee, of FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14047269 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13990869 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 17 2021 00:24:32 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| GEORGE C. GREATREX, JR | on behalf of Creditor Hunt Club Condominium Association ggreatrex@sgglawfirm.com lhopewell@sgglawfirm.com;kmuchler@verizon.net |
| KARINA VELTER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| MICHAEL A. LATZES | on behalf of Debtor Linda A. Romano efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda A. Romano
       Debtor(s)                             Bankruptcy No: 17−16461−mdc
                                                  Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                                Timothy B. McGrath
                                                                   Clerk of Court

Dated: 7/16/21

                                                                                                             53 − 52
                                                                                                    Form 138_new